UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MCNEIL-PPC, INC. & MCNEIL CONSUMER
HEALTHCARE,

        Plaintiffs

-v-                                            No. 15CV1866-LTS

GLAXOSMITHKLINE CONSUMER
HEALTHCARE L.P.,

        Defendants.

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-2015

## ORDER

The parties are hereby directed to file on ECF by **4:00 p.m. on Friday, March 27, 2015**, a list of exhibits that they intend to introduce and a list of witnesses that they intend to call for cross examination at the preliminary injunction hearing scheduled for Monday, March 30, 2015. Courtesy copies must be faxed to Chambers.

SO ORDERED.

Dated: New York, New York
      March 26, 2015

                                                      /s/ LAURA TAYLOR SWAIN
                                                      United States District Judge