UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCNEIL-PPC, INC. AND MCNEIL CONSUMER HEALTHCARE,

Plaintiffs,

- against -

GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,

Defendant.

Case No. 15 Civ. 1866 (LTS)

ECF Case

**LIST OF EXHIBITS DEFENDANT INTENDS TO INTRODUCE AND WITNESSES DEFENDANT INTENDS TO CALL FOR CROSS EXAMINATION AT THE MARCH 30, 2015 PRELIMINARY INJUNCTION HEARING**

Pursuant to the March 26, 2015 Order of this Court, Defendant GlaxoSmithKline Consumer Healthcare L.P. hereby respectfully submits the following List of Exhibits Defendant Intends to Introduce and List of Witnesses Defendant Intends to Call for Cross Examination for the preliminary injunction hearing scheduled for March 30, 2015.

| **List of Exhibits Defendant Intends to Introduce** | |
|---|---|
| **Ex.** | **Description** |
| A. | Plaintiffs' Patel Declaration Exhibit A |
| B. | Plaintiffs' Patel Declaration Exhibit B |
| C. | Plaintiffs' Patel Declaration Exhibit C |
| D. | Plaintiffs' Patel Declaration Exhibit D |
| E. | Plaintiffs' Patel Declaration Exhibit E |
| F. | Plaintiffs' Patel Supplemental Declaration Exhibit A |

| | |
|---|---|
| G. | Plaintiffs' Sellers Declaration Exhibit A |
| H. | Plaintiffs' Sellers Declaration Exhibit B |
| I. | Plaintiffs' Sellers Declaration Exhibit C |
| J. | Plaintiffs' Sellers Declaration Exhibit D |
| K. | Plaintiffs' Sellers Declaration Exhibit E |
| L. | Plaintiffs' Sellers Declaration Exhibit F |
| M. | Plaintiffs' Sellers Declaration Exhibit G |
| N. | Plaintiffs' Sellers Declaration Exhibit H |
| O. | Plaintiffs' Sellers Declaration Exhibit I |
| P. | Plaintiffs' Sellers Declaration Exhibit J |
| Q. | Plaintiffs' Sellers Declaration Exhibit K |
| R. | Plaintiffs' Sellers Declaration Exhibit L |
| S. | Plaintiffs' Sellers Supplemental Declaration Exhibit A |
| T. | Plaintiffs' Sellers Supplemental Declaration Exhibit B |
| U. | Plaintiffs' Sellers Supplemental Declaration Exhibit C |
| V. | Plaintiffs' Sellers Supplemental Declaration Exhibit D |
| W. | Plaintiffs' Sellers Supplemental Declaration Exhibit E |
| X. | Defendant's Dev Declaration Exhibit A |
| Y. | Defendant's Dev Declaration Exhibit B |
| Z. | Defendant's Dev Declaration Exhibit C |
| AA. | Defendant's Dev Declaration Exhibit D |
| BB. | Defendant's Dev Declaration Exhibit E |

| | |
|---|---|
| CC. | Defendant's Dev Declaration Exhibit F |
| DD. | Defendant's Dev Declaration Exhibit G |
| EE. | Defendant's Dev Declaration Exhibit H |
| FF. | Defendant's Dev Declaration Exhibit I |
| GG. | Defendant's Dev Declaration Exhibit J |
| HH. | Defendant's Dev Declaration Exhibit K |
| II. | Defendant's Dev Declaration Exhibit L |
| JJ. | Defendant's Dev Declaration Exhibit M |
| KK. | Defendant's Dev Declaration Exhibit N |
| LL. | Defendant's Dev Declaration Exhibit O |
| MM. | Defendant's Dev Declaration Exhibit P |
| NN. | Defendant's Kahlon Declaration Exhibit 1 |
| OO. | Defendant's Kahlon Declaration Exhibit 2 (Filed Under Seal) |
| PP. | Defendant's Kahlon Declaration Exhibit 3 |
| QQ. | Defendant's Kahlon Declaration Exhibit 4 |
| RR. | Defendant's Kahlon Declaration Exhibit 5 |
| SS. | Defendant's Kahlon Declaration Exhibit 6 |
| TT. | Defendant's Kahlon Declaration Exhibit 7 |
| UU. | Defendant's Kahlon Declaration Exhibit 8 |
| VV. | Defendant's Kahlon Declaration Exhibit 9 |
| WW. | Defendant's Kahlon Declaration Exhibit 10 |
| XX. | Defendant's Kahlon Declaration Exhibit 11 |

| | |
|---|---|
| YY. | Defendant's Kahlon Declaration Exhibit 12 |
| ZZ. | Defendant's Kahlon Declaration Exhibit 13 |
| AAA. | Defendant's Kahlon Declaration Exhibit 14 |
| BBB. | Defendant's Kahlon Declaration Exhibit 15 |
| CCC. | Defendant's Kahlon Declaration Exhibit 16 |
| DDD. | Defendant's Kahlon Declaration Exhibit 17 |
| EEE. | Defendant's Kahlon Declaration Exhibit 18 |
| FFF. | Defendant's Kahlon Declaration Exhibit 19 |
| GGG. | Defendant's Kahlon Declaration Exhibit 20 |
| HHH. | Defendant's Kivetz Declaration Exhibit 1 |
| III. | Defendant's Kivetz Declaration Exhibit 2 |
| JJJ. | Defendant's Kivetz Declaration Exhibit 3 |
| KKK. | Defendant's Kivetz Declaration Exhibit 4 (Filed Under Seal) |
| LLL. | Defendant's Kivetz Declaration Exhibit 5 (Filed Under Seal) |
| MMM. | Defendant's Kivetz Declaration Exhibit 6 (Filed Under Seal) |
| NNN. | Defendant's Kivetz Declaration Exhibit 7 (Filed Under Seal) |
| OOO. | Defendant's Kivetz Declaration Exhibit 8 (Filed Under Seal) |
| PPP. | Defendant's Kivetz Declaration Exhibit 9 (Filed Under Seal) |
| QQQ. | Robin Simon, *Multi-Channel Markets Available from Neilsen and IRI: xAOC and MULO*, CPG DATA INSIGHTS (Apr. 29, 2013), *available at* http://www.cpgdatainsights.com/get-started-with-nielsen-iri/xaoc-and-mulo/ (last visited Mar. 27, 2015) |
| RRR. | CLARITIN.COM, PRODUCTS, https://www.claritin.com/products/ (last visited Mar. 27, 2015) |

| | |
|---|---|
| SSS. | ZYRTEC.COM, PRODUCTS, http://www.zyrtec.com/products (last visited Mar. 27, 2015) |
| TTT. | FLONASE.COM, HOW TO TAKE FLONASE, https://www.flonase.com/about/how-to-use-flonase/ (last visited Mar. 27, 2015) |
| UUU. | "2014 U S Study of Allergies - Top-Line Volume.PPT" (CONFIDENTIAL) |
| VVV. | Flonase Allergy Relief product packaging |
| WWW. | Claritin Tablets product packaging |
| XXX. | Claritin RediTabs product packaging |
| YYY. | Claritin Liqui-Gels product packaging |
| ZZZ. | Children's Claritin Chewables product packaging |
| AAAA. | Zyrtec Tablets product packaging |
| BBBB. | Zyrtec Liquid Gels product packaging |
| CCCC. | Zyrtec Dissolve Tabs product packaging |
| DDDD. | Children's Zyrtec Dissolve Tabs product packaging |
| EEEE. | Benadryl Tablets product packaging |
| FFFF. | Benadryl Liquid Gels product packaging |
| | Demonstrative regarding the calculations of Prof. Ran Kivetz |
| | Demonstratives showing portions of exhibits |

| **List of Witnesses Defendant Intends to Call for Cross Examination** |
|---|
| Dr. Mitesh Patel |
| Colleen Sellers |