UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCNEIL-PPC, INC. AND MCNEIL CONSUMER HEALTHCARE,<br><br>     Plaintiffs,<br><br> - against -<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,<br><br>     Defendant. | Case No. 15 Civ. 1866 (LTS)<br><br>ECF Case |

**AMENDED AND SUPPLEMENTAL LIST OF EXHIBITS DEFENDANT INTENDS TO INTRODUCE AND WITNESSES DEFENDANT INTENDS TO CALL FOR CROSS EXAMINATION AT THE MARCH 30, 2015 PRELIMINARY INJUNCTION HEARING**

Pursuant to the March 26, 2015 Order of this Court, Defendant GlaxoSmithKline Consumer Healthcare L.P. ("GSK") hereby respectfully submits the following Amended and Supplemental List of Exhibits Defendant Intends to Introduce and List of Witnesses Defendant Intends to Call for Cross Examination for the preliminary injunction hearing scheduled for March 30, 2015. GSK further reserves the right to use at the hearing any exhibits included on Plaintiffs' Exhibit List, or otherwise introduced by Plaintiffs.

| List of Exhibits Defendant Intends to Introduce ||
|---|---|
| **Ex.** | **Description** |
| A. | Plaintiffs' Patel Declaration Exhibit A |
| B. | Plaintiffs' Patel Declaration Exhibit B |
| C. | Plaintiffs' Patel Declaration Exhibit C |

| D. | Plaintiffs' Patel Declaration Exhibit D |
|---|---|
| E. | Plaintiffs' Patel Declaration Exhibit E |
| F. | Plaintiffs' Patel Supplemental Declaration Exhibit A |
| G. | Plaintiffs' Sellers Declaration Exhibit A |
| H. | Plaintiffs' Sellers Declaration Exhibit B |
| I. | Plaintiffs' Sellers Declaration Exhibit C |
| J. | Plaintiffs' Sellers Declaration Exhibit D |
| K. | Plaintiffs' Sellers Declaration Exhibit E |
| L. | Plaintiffs' Sellers Declaration Exhibit F |
| M. | Plaintiffs' Sellers Declaration Exhibit G |
| N. | Plaintiffs' Sellers Declaration Exhibit H |
| O. | Plaintiffs' Sellers Declaration Exhibit I |
| P. | Plaintiffs' Sellers Declaration Exhibit J |
| Q. | Plaintiffs' Sellers Declaration Exhibit K |
| R. | Plaintiffs' Sellers Declaration Exhibit L |
| S. | Plaintiffs' Sellers Supplemental Declaration Exhibit A |
| T. | Plaintiffs' Sellers Supplemental Declaration Exhibit B |
| U. | Plaintiffs' Sellers Supplemental Declaration Exhibit C |
| V. | Plaintiffs' Sellers Supplemental Declaration Exhibit D |
| W. | Plaintiffs' Sellers Supplemental Declaration Exhibit E |
| X. | Defendant's Dev Declaration Exhibit A |
| Y. | Defendant's Dev Declaration Exhibit B |

| | |
|---|---|
| Z. | Defendant's Dev Declaration Exhibit C |
| AA. | Defendant's Dev Declaration Exhibit D |
| BB. | Defendant's Dev Declaration Exhibit E |
| CC. | Defendant's Dev Declaration Exhibit F |
| DD. | Defendant's Dev Declaration Exhibit G |
| EE. | Defendant's Dev Declaration Exhibit H |
| FF. | Defendant's Dev Declaration Exhibit I |
| GG. | Defendant's Dev Declaration Exhibit J |
| HH. | Defendant's Dev Declaration Exhibit K |
| II. | Defendant's Dev Declaration Exhibit L |
| JJ. | Defendant's Dev Declaration Exhibit M |
| KK. | Defendant's Dev Declaration Exhibit N |
| LL. | Defendant's Dev Declaration Exhibit O |
| MM. | Defendant's Dev Declaration Exhibit P |
| NN. | Defendant's Kahlon Declaration Exhibit 1 |
| OO. | Defendant's Kahlon Declaration Exhibit 2 (Filed Under Seal) |
| PP. | Defendant's Kahlon Declaration Exhibit 3 |
| QQ. | Defendant's Kahlon Declaration Exhibit 4 |
| RR. | Defendant's Kahlon Declaration Exhibit 5 |
| SS. | Defendant's Kahlon Declaration Exhibit 6 |
| TT. | Defendant's Kahlon Declaration Exhibit 7 |
| UU. | Defendant's Kahlon Declaration Exhibit 8 |

| VV.   | Defendant's Kahlon Declaration Exhibit 9 |
|-------|------------------------------------------|
| WW.   | Defendant's Kahlon Declaration Exhibit 10 |
| XX.   | Defendant's Kahlon Declaration Exhibit 11 |
| YY.   | Defendant's Kahlon Declaration Exhibit 12 |
| ZZ.   | Defendant's Kahlon Declaration Exhibit 13 |
| AAA.  | Defendant's Kahlon Declaration Exhibit 14 |
| BBB.  | Defendant's Kahlon Declaration Exhibit 15 |
| CCC.  | Defendant's Kahlon Declaration Exhibit 16 |
| DDD.  | Defendant's Kahlon Declaration Exhibit 17 |
| EEE.  | Defendant's Kahlon Declaration Exhibit 18 |
| FFF.  | Defendant's Kahlon Declaration Exhibit 19 |
| GGG.  | Defendant's Kahlon Declaration Exhibit 20 |
| HHH.  | Defendant's Kivetz Declaration Exhibit 1 |
| III.  | Defendant's Kivetz Declaration Exhibit 2 |
| JJJ.  | Defendant's Kivetz Declaration Exhibit 3 |
| KKK.  | Defendant's Kivetz Declaration Exhibit 4 (Filed Under Seal) |
| LLL.  | Defendant's Kivetz Declaration Exhibit 5 (Filed Under Seal) |
| MMM.  | Defendant's Kivetz Declaration Exhibit 6 (Filed Under Seal) |
| NNN.  | Defendant's Kivetz Declaration Exhibit 7 (Filed Under Seal) |
| OOO.  | Defendant's Kivetz Declaration Exhibit 8 (Filed Under Seal) |
| PPP.  | Defendant's Kivetz Declaration Exhibit 9 (Filed Under Seal) |
| QQQ.  | Robin Simon, *Multi-Channel Markets Available from Neilsen and IRI: xAOC and MULO*, CPG DATA INSIGHTS (Apr. 29, 2013), *available at* |

|  | http://www.cpgdatainsights.com/get-started-with-nielsen-iri/xaoc-and-mulo/ (last visited Mar. 27, 2015) |
|---|---|
| RRR. | CLARITIN.COM, PRODUCTS, https://www.claritin.com/products/ (last visited Mar. 27, 2015) |
| SSS. | ZYRTEC.COM, PRODUCTS, http://www.zyrtec.com/products (last visited Mar. 27, 2015) |
| TTT. | FLONASE.COM, HOW TO TAKE FLONASE, https://www.flonase.com/about/how-to-use-flonase/  (last visited Mar. 27, 2015) |
| UUU. | "2014 U S Study of Allergies - Top-Line Volume.PPT" (CONFIDENTIAL) |
| VVV. | Flonase Allergy Relief product packaging |
| WWW. | Claritin Tablets product packaging |
| XXX. | Claritin RediTabs product packaging |
| YYY. | Claritin Liqui-Gels product packaging |
| ZZZ. | Children's Claritin Chewables product packaging |
| AAAA. | Zyrtec Tablets product packaging |
| BBBB. | Zyrtec Liquid Gels product packaging |
| CCCC. | Zyrtec Dissolve Tabs product packaging |
| DDDD. | Children's Zyrtec Dissolve Tabs product packaging |
| EEEE. | Benadryl Tablets product packaging |
| FFFF. | Benadryl Liquid Gels product packaging |
| GGGG. | Declaration of Dr. Mitesh Patel, dated March 12, 2015 |
| HHHH. | Declaration of Colleen Sellers, dated March 12, 2015 |
| IIII. | Declaration of Norman Simon, dated March 12, 2015 |
| JJJJ. | Declaration of Amardeep Kahlon, dated March 23, 2015 |
| KKKK. | Declaration of Dr. Vidhu Dev, dated March 23, 2015 |

| | |
|---|---|
| LLLL. | Declaration of Dr. Ran Kivetz, dated March 23, 2015 |
| MMMM. | Supplemental Declaration of Dr. Mitesh Patel, dated March 27, 2015 |
| NNNN. | Supplemental Declaration of Colleen Sellers, dated March 27, 2015 |
| | Demonstrative regarding the calculations of Dr. Ran Kivetz |
| | Demonstratives showing portions of exhibits |

| List of Witnesses Defendant Intends to Call for Cross Examination |
|---|
| Dr. Mitesh Patel |
| Colleen Sellers |

GSK reserved its right to modify the foregoing lists prior to the start of the March 30, 2015, hearing, upon reasonable notice to Plaintiffs and this Court.

Dated: March 29, 2015

        KIRKLAND & ELLIS LLP

By:   */s/ Jay P. Lefkowitz*

Jay P. Lefkowitz, P.C.
Dale Cendali, P.C.
Shanti E. Sadtler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900

Diana Torres
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213-680-8400
Facsimile: 213-680-8500

Jonathan Brightbill
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005
Telephone: 202-879-5000
Facsimile: 202-879-5200

*Counsel for Defendant GlaxoSmithKline Consumer HealthCare L.P.*